IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIDEL PADILLA,

      Plaintiff,                      No. CIV S-09-3274 DAD P

    vs.

HORACIO, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a letter with the court in which he alleges that correctional officers at San Quentin State Prison used excessive force against him in violation of his rights under the Eighth Amendment. Plaintiff has not submitted a civil rights form complaint or filed any other pleadings. Moreover, plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1    Here, the named defendants are located in Marin County.  In addition, all of
2 plaintiff's allegations relate to events that allegedly took place at San Quentin State Prison and,
3 therefore, none of the potential defendants to a civil rights action reside in this district.
4 Therefore, plaintiff's claim should have been filed in the United States District Court for the
5 Northern District of California.
6    The undersigned is mindful of the shortcomings of plaintiff's filing with this court
7 and has noted many of them.  However, in the interest of justice and in light of the serious nature
8 of the allegations set forth in plaintiff's letter, the court will transfer the matter to the district
9 where plaintiff's claims could be properly brought.  See 28 U.S.C. § 1406(a); Starnes v.
10 McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
11    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
12 United States District Court for the Northern District of California.
13 DATED: December 1, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
padi3274.21a