1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  FIDEL PADILLA,                    )   No. C 09-5782 JSW (PR)
                                      )
12           Plaintiff,                )   **ORDER OF DISMISSAL**
                                      )
13      v.                             )
                                      )
14  SAN QUENTIN STATE PRISON, et al., )
                                      )
15           Defendants.               )
                                      )
16  _____

17          On November 8, 2010, the Court dismissed Plaintiff's civil rights complaint for
18  failure to present a cognizable claim for relief. Plaintiff was granted thirty days to file an
19  amended complaint. That day, the order was served upon Plaintiff at the address he had
20  provided to the Court, but on December 20, 2010, the order was returned as
21  undeliverable because Plaintiff was no longer located at that address. On January 3,
22  2011, Plaintiff filed a notice of change of address with the Court, and on January 5,
23  2011, the order dismissing the complaint with leave to amend was served upon Plaintiff
24  at his new address. Plaintiff has not filed an amended complaint within thirty days of
25  either the original order of dismissal with leave to amend or of the date upon which the
26  order was served upon Plaintiff at his new address. Plaintiff has not requested an
27  extension of the deadline, nor has he, within the last thirty days, otherwise communicated
28  with the Court within the last thirty days. This case is accordingly DISMISSED with

prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: FEB 2 3 2011

JEFFREY S. WHITE
United States District Judge